**ACORD**™ **COMMERCIAL INSURANCE APPLICATION**

**APPLICANT INFORMATION SECTION**

DATE (MM/DD/YY): 09/01/21

| PRODUCER | PHONE (A/C, No, Ext): 855 874-1396 |
|---|---|

USI Insurance Services LLC
6100 Fairview Road, Suite 800
Charlotte, NC  28210

**CARRIER** Mt. Hawley Insurance Company

**UNDERWRITER**

**POLICIES OR PROGRAM REQUESTED**
GGL0019322

| CODE: | SUB CODE: |
|---|---|

**AGENCY CUSTOMER ID**
1444619

**INDICATE SECTIONS ATTACHED**

| | | |
|---|---|---|
| ☐ PROPERTY | ☐ EQUIPMENT FLOATER | ☐ GARAGE AND DEALERS |
| ☐ GLASS AND SIGN | ☐ INSTALLATION/BUILDERS RISK | ☐ VEHICLE SCHEDULE |
| ☐ ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | ☐ ELECTRONIC DATA PROC | ☐ BOILER & MACHINERY |
| ☐ CRIME/MISCELLANEOUS CRIME | ☐ COMMERCIAL GENERAL LIABILITY | ☐ WORKERS COMPENSATION |
| ☐ TRANSPORTATION/ MOTOR TRUCK CARGO | ☐ BUSINESS AUTO | ☐ UMBRELLA |
| | ☐ TRUCKERS | |

**STATUS OF SUBMISSION**

X QUOTE   ☐ ISSUE POLICY
☐ BOUND (Give Date and/or Attach Copy):

| | DATE | TIME | ☐ AM |
|---|---|---|---|
| | | | ☐ PM |

**PACKAGE POLICY INFORMATION**
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 08/31/21 | 08/31/22 | ☐ DIRECT BILL X AGENCY BILL | | |

**APPLICANT INFORMATION**

NAME (First Named Insured & Other Named Insureds)
1.  Beach Cruiser, LLC
    40 Ounce Highway, LLC.

MAILING ADDRESS (of First Named Insured)   PO Box 20138 Atlanta, GA 30325

| ☐ INDIVIDUAL | ☐ CORPORATION | ☐ SUBCHAPTER "S" CORPORATION | ☐ NOT FOR PROFIT ORGANIZATION | YEARS IN BUSINESS |
|---|---|---|---|---|
| ☐ PARTNERSHIP | ☐ JOINT VENTURE X | | | |

| INSPECTION CONTACT | PHONE (A/C, No, Ext): | ACCOUNTING RECORDS CONTACT | PHONE (A/C, No, Ext): |
|---|---|---|---|
| Lindsay Nevin | | | |

**PREMISES INFORMATION**

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 1 | | 146 President Street Unit B Charleston, Charleston County, SC  29403 | ☐ INSIDE ☐ OUTSIDE | ☐ OWNER ☐ TENANT | | |
| 2 | | 146 President Street Unit C Charleston, Charleston County, SC  29403 | ☐ INSIDE ☐ OUTSIDE | ☐ OWNER ☐ TENANT | | |
| (See Attached Premises Schedule.) | | | ☐ INSIDE ☐ OUTSIDE | ☐ OWNER ☐ TENANT | | |

**NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)**
Real Estate Investors

**GENERAL INFORMATION**

| EXPLAIN ALL "YES" RESPONSES | YES | NO | EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|---|---|---|
| 1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X | 4. ANY CATASTROPHE EXPOSURE? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X | 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X | 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON,-RENEWED DURING THE PRIOR 3 YEARS? | | X |

**REMARKS**

| APPLICANT'S SIGNATURE | | PRODUCER'S SIGNATURE | Signature not on file. |
|---|---|---|---|

ACORD 125 (3/93) 1 of  3   #472455    **PLEASE COMPLETE REVERSE SIDE**    TXMH3® **ACORD CORPORATION 1993**

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | YEARS: | | YEARS: | | YEARS: | | YEARS: | | YEARS: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMERCIAL GENERAL LIABILITY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
| | RETRO DATE | | | | | | | | | | |
| | GENERAL AGGREGATE | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | BODILY INJURY AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | BLD / PERS PROP AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS        CHECK HERE IF NONE ☐        SEE ATTACHED LOSS SUMMARY ☐

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

**REMARKS NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY**

# PREMISES INFORMATION (Continued from page 1.)

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 3 | | 146 President Street Unit D Charleston, Charleston County, SC  29403 | INSIDE / OUTSIDE | OWNER / TENANT | | |
| 4 | | 119 Ashley Avenue Charleston, Charleston County, SC  29401 | INSIDE / OUTSIDE | OWNER / TENANT | | |
| 5 | | 50 Bogard Street Charleston, Charleston County, SC  29403 | INSIDE / OUTSIDE | OWNER / TENANT | | |
| 6 | | Vacant Land Charleston, Charleston County, SC  29403 | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |