

# DWELLING SUPPLEMENTAL APPLICATION

(You may complete one supplemental application for all locations. Locations should be identified on ACORD Application)

1. Named Insured: **Beachcruiser, LLC & 40 Ounce Hwy, LLC**
2. How many total units are there? _____
   - a. Any college or university student housing? ☐ Yes ☑ No
   - b. Any vacant properties?   If yes, complete the Vacant Building Supplemental Application. ☐ Yes ☑ No
   - c. Any condominium units?  If yes, complete the Condominium Unit Supplemental Application. ☐ Yes ☑ No
   - d. Any properties to be insured that are not owned by the applicant? ☐ Yes ☑ No
3. What is the average monthly rent?    1BR $ **$1000**    2BR $ **1800**    3BR $ **3000**
   
   Are any properties rented by the day or by the week? ☐ Yes ☑ No
4. Does any building have aluminum wiring, knob and tube wiring, or fuses? ☐ Yes ☑ No
5. Does any building have Federal Pacific, Stab Lok, Zinsco, or Split-bus electrical panels? ☐ Yes ☑ No
6. Does any building contain lead paint? ☐ Yes ☑ No
7. Have you had any building code violations within the past 5 years? ☐ Yes ☑ No

   If yes, describe and advise current status: _____

8. Are heat and smoke detectors in all the units? ☑ Yes ☐ No
   
   If yes, are all smoke detectors checked at least semi-annually including replacement of batteries? ☑ Yes ☐ No
9. Is there a fire extinguisher on each premises? ☑ Yes ☐ No
10. Is the property used as a Medical Recovery, Sober Living, Rehab, or Recovery Facility? ☐ Yes ☑ No
11. Do you provide any personal care, medical, nursing home, or assisted living services? ☐ Yes ☑ No
12. Are any units equipped with emergency call equipment or medical alert buttons? ☐ Yes ☑ No
13. Are any units equipped with wood stoves or pellet stoves? ☐ Yes ☑ No
14. Is there a swimming pool, spa, or hot tub? ☐ Yes ☑ No
    
    If yes, complete the Swimming Pool Supplemental Application.
15. Is there any playground equipment or other recreational devices? ☐ Yes ☑ No
    
    If yes, describe the equipment/devices: _____
    
    If yes, is the equipment fenced? ☐ Yes ☐ No
    
    If yes, are rules for use clearly posted? ☐ Yes ☐ No
    
    If yes, how often is maintenance performed? _____

16. Are any of the properties manufactured or mobile homes?  ☐ Yes ☑ No

    If yes, how many? _____

    If yes, complete the Manufactured and Mobile Home Park Supplemental Application.

17. Is the applicant now or previously involved in Residential Homebuilding, General Contracting,

    or Development operations?  ☐ Yes ☑ No

18. Were any of the properties to be insured built by the applicant?  ☐ Yes ☑ No

19. Is the applicant involved in any house flipping operations (i.e. purchasing, renovating, and then

    selling homes)?  ☐ Yes ☑ No

20. Are any properties in foreclosure, receivership, bankruptcy, or owned by a bank or have been

    within the past 5 years?  ☐ Yes ☑ No

    If yes, describe: _____

21. Have there been any incidents of assault, battery, or other violent crimes at any premises to be

    insured within the past 5 years?  ☐ Yes ☑ No

    If yes, describe: _____

Applicant's Signature: _____[signature]_____

Date: **9/2/20**

GBA 900027 0319                                                                                                    Page 2 of 2