# FRANKLIN LAW GROUP

1 Fisher Street, Franklin, MA 02038
Phone: 617-277-3477   Fax: 617-277-3477
Email: cardinal@franklinlawgroupma.com

September 7, 2022

CERTIFIED MAIL

Flyaway Management, LLC
1640 Meeting St. Rd., Suite 302
Charleston, SC  29403

Re:   Claimants:          Jonathan Charles Slade
      Property Address:   146 President Street,  Charleston, SC  29403
      DOI:                July 23, 2022

Dear Sir/Madam:

   Please be advised that this office represents Jonathan Charles Slade with regard to defective property claims and gross negligence claims while visiting as a guest at 146 President Street, Charleston, SC  29403, on July 23, 2022.

   The property was rented through Flyway Management, LLC, 1640 Meeting Street Road, Suite 302 Charleston, SC 29403.

   Mr. Slade and another guest were injured when the safety railing on the porch gave way causing the two guests to fall off the porch onto the ground below.

   Mr. Slade suffered significant injuries as a direct result of this fall and impact with the ground.

   Kindly confirm receipt of this correspondence and provide this correspondence to your liability insurance carrier.

   Please also allow this letter to serve as this firm's demand that any video surveillance footage recorded on the date of the subject incident be preserved as part of the evidence to be protected and preserved for potential litigation in this matter.

   Thank you for your attention to this matter.

                                          Very truly yours,

                                          Daniel J. Cardinal

# FRANKLIN LAW GROUP

1 Fisher Street, Franklin, MA 02038
Phone: 617-277-3477    Fax: 617-277-3477
Email: cardinal@franklinlawgroupma.com

July 29, 2022

CERTIFIED MAIL

BEACHCRUISER, LLC
Attn: Lindsay Nevin, Registered Agent
478 King Street, Suite A
Charleston, SC 29403

Re:   Claimants:            Jonathan Charles Slade
      Property Address:     146 President Street, Charleston, SC 29403
      DOI:                  July 23, 2022

Dear Ms. Nevin:

Please be advised that this office represents Jonathan Charles Slade with regard to defective property claims and gross negligence claims while visiting as a guest at 146 President Street, Charleston, SC 29403, on July 23, 2022.

The property was rented through Flyway Management, LLC, 1640 Meeting Street Road, Suite 302 Charleston, SC 29403.

Mr. Slade and another guest were injured when the safety railing on the porch gave way causing the two guests to fall off the porch onto the ground below.

Mr. Slade suffered significant injuries as a direct result of this fall and impact with the ground.

Kindly confirm receipt of this correspondence and provide this correspondence to your liability insurance carrier.

Please also allow this letter to serve as this firm's demand that any video surveillance footage recorded on the date of the subject incident be preserved as par of the evidence to be protected and preserved for potential litigation in this matter.

Thank you for your attention to this matter.

Very truly yours,

Daniel J. Cardinal



# FRANKLIN LAW GROUP

1 Fisher Street, Franklin, MA 02038
Phone: 617-277-3477    Fax: 617-277-3477
Email: cardinal@franklinlawgroupma.com

July 29, 2022

CERTIFIED MAIL

FLYWAY MANAGEMENT, LLC
Attn: Lindsay Nevin, Registered Agent
478 King Street, Suite A
Charleston, SC 29403

Re:   Claimants:           Jonathan Charles Slade
      Property Address:    146 President Street, Charleston, SC 29403
      DOI:                 July 23, 2022

Dear Ms. Nevin:

   Please be advised that this office represents Jonathan Charles Slade with regard to defective property claims and gross negligence claims while visiting as a guest at 146 President Street, Charleston, SC 29403, on July 23, 2022.

   The property was rented through Flyway Management, LLC, 1640 Meeting Street Road, Suite 302 Charleston, SC 29403.

   Mr. Slade and another guest were injured when the safety railing on the porch gave way causing the two guests to fall off the porch onto the ground below.

   Mr. Slade suffered significant injuries as a direct result of this fall and impact with the ground.

   Kindly confirm receipt of this correspondence and provide this correspondence to your liability insurance carrier.

   Please also allow this letter to serve as this firm's demand that any video surveillance footage recorded on the date of the subject incident be preserved as par of the evidence to be protected and preserved for potential litigation in this matter.

   Thank you for your attention to this matter.

Very truly yours,

Daniel J. Cardinal