| | |
|---|---|
| **From:** | Drew Augustine <drew@flywaysc.com> |
| **Sent:** | Thursday, September 8, 2022 10:20 AM |
| **To:** | David Hoffman |
| **Cc:** | Claire Tomberlin; Aura Lewis; Wiseman, Jeffrey; Mauri Harrison |
| **Subject:** | Re: Beach Cruiser - follow up requests - 513607 |

External (drew@flywaysc.com)

Report This Email   FAQ

We do not have an exact date but it was somewhere between May-June of 2016

On Wed, Sep 7, 2022 at 4:18 PM David Hoffman <David.Hoffman@rlicorp.com> wrote:

> What date did the previous company list the property on VRBO/AirBnB? Thanks.
>
> **David Z. Hoffman**
> Director, Casualty Claims
> 636-728-0636, Ext. 1702
> david.hoffman@rlicorp.com
>
> 
>
> *This email and any attachments are privileged, confidential, could be subject to the attorney-client privilege and work product doctrine, and may not be viewed, copied, distributed or used in any manner by persons other than the intended recipient. If you are not the intended recipient, please delete this email and attachments, and notify the sender. Thank you.*
>
> **From:** Claire Tomberlin <claire@flywaysc.com>
> **Sent:** Friday, September 2, 2022 9:13 AM
> **To:** Drew Augustine <drew@flywaysc.com>
> **Cc:** David Hoffman <David.Hoffman@rlicorp.com>; Aura Lewis <aura.lewis@usi.com>; Wiseman, Jeffrey <JWiseman@ycrlaw.com>; Mauri Harrison <mauri@flywaysc.com>
> **Subject:** Re: Beach Cruiser - follow up requests - 513607
>
> That is when we took over management of it. An outside management company handled it before then. Please let us know if you need the date the previous company listed it.
>
> Thanks,
> Claire
>
> On Thu, Sep 1, 2022 at 5:40 PM Drew Augustine <drew@flywaysc.com> wrote:
>
>> Mauri, can you confirm when 146 President was listed on VRBO/Airbnb. As far as I can tell it was August 2018. Let us know if you disagree.
>>
>> Thanks
>>
>> On Thu, Sep 1, 2022 at 12:30 PM David Hoffman <David.Hoffman@rlicorp.com> wrote:
>>
>>> When did Flyway start listing the property on 1) VRBO and 2) AirBnB?
>>>
>>> David Hoffman

Mt. Hawley Insurance Company
Director, Claims

**From:** Drew Augustine <drew@flywaysc.com>
**Sent:** Thursday, September 1, 2022 10:54:45 AM
**To:** David Hoffman <David.Hoffman@rlicorp.com>
**Cc:** Claire Tomberlin <claire@flywaysc.com>; Aura Lewis <aura.lewis@usi.com>; Wiseman, Jeffrey <JWiseman@ycrlaw.com>
**Subject:** Re: Beach Cruiser - follow up requests - 513607

David,

Please find the Certificates of Completion for 146 President St. attached here. I believe Unit C would be considered to be a part of "Building 2". I am working on getting the associated inspections documents but we do not have them on file and it seems we need to submit a FOIA request to access them. I have submitted this but I may take upwards of 30 days to receive. I'll continue to work on getting the Fire Marshal inspections as well. Regarding the agreement between VRBO/Airbnb and Flyway Management as the host, there is not an agreement aside from the general Terms and Conditions that I am aware of.

Thank you,
Drew Augustine

On Wed, Aug 31, 2022 at 1:43 PM David Hoffman <David.Hoffman@rlicorp.com> wrote:

> Yes – please send them a copy of the lawsuit with your notice. See attached for your convenience. Send me their claim number, and acknowledgment letter as soon as you receive.
>
> Mt. Hawley Insurance Company continues to reserve all rights pursuant to the policy and at law, and waives none.
>
> Sincerely,
>
> Mt. Hawley Insurance Company
>
> **David Z. Hoffman**
>
> Director, Casualty Claims
>
> 636-728-0636, Ext. 1702
>
> david.hoffman@rlicorp.com
>
> 
>
> *This email and any attachments are privileged, confidential, could be subject to the attorney-client privilege and work product doctrine, and may not be viewed, copied, distributed or used in any manner by persons other than the intended recipient. If you*

*are not the intended recipient, please delete this email and attachments, and notify the sender. Thank you.*

**From:** Claire Tomberlin <claire@flywaysc.com>
**Sent:** Wednesday, August 31, 2022 12:35 PM
**To:** David Hoffman <David.Hoffman@rlicorp.com>; Aura Lewis <aura.lewis@usi.com>
**Cc:** Drew Augustine <drew@flywaysc.com>; Wiseman, Jeffrey <JWiseman@ycrlaw.com>
**Subject:** Re: Beach Cruiser - follow up requests - 513607

David,

Flyway SC's GL policy is through Vantage Specialty Insurance Company.

Aura,

David has advised us to put Flyway SC's carrier on notice for the claim I previously e-mailed you about.

Thank you,

Claire

On Tue, Aug 30, 2022 at 2:22 PM David Hoffman <David.Hoffman@rlicorp.com> wrote:

> ALSO – Flyway SC, LLC is a different company from Flyway Management, LLC. I understand Flyway SC, LLC built the property in 2015.
>
> 5) Please provide the name of Flyway SC, LLC's commercial general liability carrier and any excess policy(ies), and put them on notice for this claim as well.
>
> Mt. Hawley Insurance Company continues to reserve all rights pursuant to the policy and at law, and waives none.
>
> Sincerely,
>
> Mt. Hawley Insurance Company
>
> **David Z. Hoffman**
>
> Director, Casualty Claims
>
> 636-728-0636, Ext. 1702

david.hoffman@rlicorp.com



*This email and any attachments are privileged, confidential, could be subject to the attorney-client privilege and work product doctrine, and may not be viewed, copied, distributed or used in any manner by persons other than the intended recipient. If you are not the intended recipient, please delete this email and attachments, and notify the sender. Thank you.*

**From:** David Hoffman
**Sent:** Tuesday, August 30, 2022 1:10 PM
**To:** claire@flywaysc.com; Drew Augustine <drew@flywaysc.com>
**Cc:** Wiseman, Jeffrey <JWiseman@ycrlaw.com>
**Subject:** Beach Cruiser - follow up requests - 513607
**Importance:** High

Claire and Drew – I just learned that a lawsuit was filed against Beach Cruiser, LLC and Flyway Management LLC in state court.  I need the following information and documentation as soon as possible:

1. Please let me know when each entity is served with the lawsuit, and send me copies of the papers received by email when you do.
2. Please send me the contract and any certificate of insurance for **_SC Exteriors_** who I understand constructed the railing back in 2015
3. Does Flyway Management, LLC have any other insurance besides the E&O coverage you referenced?  Does it have commercial general liability insurance?  If so, please send me the policy information right away.

Also, per my email yesterday 08/29/22, I still need the following information:

1. Is there an actual agreement between VRBO and Flyway/Beachcruiser for the subject units?  I have the terms and conditions you sent, but is there an actual primary contract/agreement for rental of the units through VRBO?  (not for this specific visit, but generally for all rentals)
2. Same as No. 1 but for AirBnB.  I know this was being rented through VRBO on the date of loss, but I still need any written agreement for the rental of the units on AirBnB.
3. Per no. 9, Drew – you said you were collecting inspection information.  Please include the annual fire marshal inspections before the incident and the pre-purchase inspection of the subject units (==AND ANY INSPECTION DOCUMENTS FOR THE PROPERTY FROM THE BUILDING IN 2015==)
4. Have you placed VRBO's carrier on notice of this loss?  Generali Global Assistance is the carrier name. You need to do so, and send me their assigned claim number, claim examiner's name/contact info/email address, and a copy of their acknowledgement letter.
    a. ==WE NEED THIS INFO RIGHT AWAY – PLEASE CONFIRM YOU HAVE PUT THEM ON NOTICE==

Mt. Hawley Insurance Company continues to reserve all rights pursuant to the policy and at law, and waives none.

Sincerely,

Mt. Hawley Insurance Company

**David Z. Hoffman**

Director, Casualty Claims

636-728-0636, Ext. 1702

david.hoffman@rlicorp.com



*This email and any attachments are privileged, confidential, could be subject to the attorney-client privilege and work product doctrine, and may not be viewed, copied, distributed or used in any manner by persons other than the intended recipient. If you are not the intended recipient, please delete this email and attachments, and notify the sender. Thank you.*

\*\*RLI Correspondence Tracking Token: Please do not alter or remove\*\*
[CHcJZnC01iCwFeY9yX3HhqWErcAMi5QTv++YcV4Nr2Lkn6wJgkDL+HJXlsCtdIh6MZnxH44EGzvRZZgAxxW/c4TlWcWI7ox6Hu48UpMq7WlwI4zpIe3NBtd2WFO0Sx LiHUwrGQwqHzuKUFbuPBXIGIt3frB1kYLAVMfuRFxRSfsIqimOeEc830Fd1qhcN+De+fk8cV4PPt9vJNKtTITlvqiPz1lxaOuqPUYy+DwMrBLHMjcqFARdow==]
\*\*End of Token\*\*

\*\*RLI Correspondence Tracking Token: Please do not alter or remove\*\*
[CHcJZnC01iCwFeY9yX3HhqWErcAMi5QTv++YcV4Nr2Lkn6wJgkDL+HJXlsCtdIh6MZnxH44EGzvRZZgAxxW/c4TlWcWI7ox6Hu48UpMq7WlwI4zpIe3NBtd2WFO0Sx LiHUwrGQwqHzuKUFbuPBXIGIt3frB1kYLAVMfuRFxRSfsIqimOeEc830Fd1qhcN+DeXSbWxCTSXkkgYdi8UcfiKwz8cl7gqTfgKhYt/4FGg43T3QP+Y7m9UcQuAEl37QjM exPXzwgm7OQ=]
\*\*End of Token\*\*

--

Claire Tomberlin, CFO

**NEW!** 1640 Meeting Street Road, Suite 302

Charleston, SC 29405

843.614.6866

Construction | Development | Real Estate I Management



**RLI Correspondence Tracking Token: Please do not alter or remove**

[CHcJZnC01iCwFeY9yX3HhqWErcAMi5QTv++YcV4Nr2Lkn6wJgkDL+PGih5Mtx+UzjxBN6xK6OCSaAEiJN267AElCmkSKN8Kunwq55OX5MkZgTapSk75fFcVdn508wCivFyDAGGrgzMvskLDMrIKOzDvPlXtMzI5PEFaN8UE0mvURPs4xzGa+zdtSWQrNDD5eQocjZt4uiUYzxKUrFrz54/TGbtdlvXAol9uOUKtvj05Ju3O4ggoUq3YiF/SRXg6t]

**End of Token**

--

Drew Augustine

Flyway Management

**NEW!** 1640 Meeting Street Road, Suite 302

Charleston, SC 29405

843.735.5489



— — — — —

```
The Flyway Companies

Construction | Development | Management | Real Estate
```

**www.flywaysc.com**

--

Drew Augustine

Flyway Management

**NEW!** 1640 Meeting Street Road, Suite 302

Charleston, SC 29405

843.735.5489



```
The Flyway Companies

Construction | Development | Management | Real Estate

www.flywaysc.com
```

--

Claire Tomberlin, CFO

**NEW!** 1640 Meeting Street Road, Suite 302

Charleston, SC 29405

843.614.6866

Construction | Development | Real Estate I Management



--

Drew Augustine

Flyway Management

**NEW!** 1640 Meeting Street Road, Suite 302

Charleston, SC 29405

843.735.5489



The Flyway Companies

Construction | Development | Management | Real Estate

[www.flywaysc.com](www.flywaysc.com)