USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                  :
MT. HAWLEY INSURANCE COMPANY,        :
                                                  :
                         Plaintiff,            :         1:22-cv-10354-GHW
                                                  :
              -against-               :              <u>ORDER</u>
                                                  :
BEACH CRUISER, LLC, *et al.*,              :
                                                  :
                         Defendants.        :
                                                  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        As discussed during the conference held on February 22, 2024, the parties are directed to submit a joint letter no later than April 29, 2024 setting forth the parties' proposed briefing schedule for the filing of any motion(s) for summary judgment. In addition, the joint letter should discuss how the parties propose to structure the summary judgment briefing, given that each motion for summary judgment must be accompanied by its own record, Local Rule 56.1 statement, etc. If the parties' mediation discussions remain ongoing by that date, the parties should request an extension of the April 29, 2024 deadline.

        SO ORDERED.

Dated: February 22, 2024  
New York, New York

                                                            GREGORY H. WOODS  
                                                  United States District Judge