

# Rating Worksheet
9/9/2021

**Submission Number**   3127821                                                                 **Quote Number**   CLP2280500

| | |
|---|---|
| **Insured** | Beach Cruiser, LLC, 40 Ounce Highway, LLC |
| **Effective Date** | 8/31/2021 |
| **Underwriter Name** | Gray Collier |
| **Home State** | SC |
| **Carrier** | Mt. Hawley Insurance Company (AM Best A+XI Rating) |
| **Mailing Address** | PO Box 20138, Atlanta, GA 30325 |

| | |
|---|---|
| **Expiration Date** | 8/31/2022 |
| **Underwriter Office** | Atlanta |

## General Liability                                             $500.00 MP

| | | | | |
|---|---|---|---|---|
| **Deductible** | $500 | | | |
| **Occurrence** | $1,000,000 | **Aggregate** | $2,000,000 |
| **PR/CO** | Included | **Pers. & Adv. Injury** | $1,000,000 |
| **Damages to Premises** | $100,000 | **Medical Expense** | $5,000 |
| **Liquor Liability** | -- NOT COVERED -- | | |

### Location #1 146 President Street, Unit B, C, D, Charleston, South Carolina, 29403

| Class Code | Rating Method | Basis | Amount | Mod Factor Products | Mod Factor All Other | Rate Products | Rate All Other | Premium Products | Premium All Other |
|---|---|---|---|---|---|---|---|---|---|
| 63010 | ISO | Each | 3 | | | | | | |
| Dwellings - one-family (lessor's risk only) | | | | | | | | | |

### Location #2 119 Ashley Avenue, Charleston, South Carolina, 29401

| Class Code | Rating Method | Basis | Amount | Mod Factor Products | Mod Factor All Other | Rate Products | Rate All Other | Premium Products | Premium All Other |
|---|---|---|---|---|---|---|---|---|---|
| 63011 | ISO | Each | 1 | | | | | | |
| Dwellings - two-family (lessor's risk only) | | | | | | | | | |
| 49451 | COM | Each | 1 | | | | | | |
| Vacant Land - Other than Not-For-Profit | | | | | | | | | |

### Location #3 50 Bogard Street, Charleston, South Carolina, 29403

| Class Code | Rating Method | Basis | Amount | Mod Factor Products | Mod Factor All Other | Rate Products | Rate All Other | Premium Products | Premium All Other |
|---|---|---|---|---|---|---|---|---|---|
| 49451 | COM | Each | 1 | | | | | | |
| Vacant Land - Other than Not-For-Profit | | | | | | | | | |
| 63010 | ISO | Each | 1 | | | | | | |
| Dwellings - one-family (lessor's risk only) | | | | | | | | | |

MH0402



# Rating Worksheet
9/9/2021

**Submission Number**   3127821                                    **Quote Number**   CLP2280500

## Totals

**Liability Premium**         $500.00 MP
**Total Premium**             $500.00

MH0403



# Rating Worksheet
9/9/2021

**Submission Number**   3127821   **Quote Number**   CLP2280500

## Eligibility / Rating Questions

Is this a condo rental above 6 floors? No

Does the insured purchase properties for resale ("flipper")? No

Is the Named Insured a property management company? No

Is there previous mold, water damage, sink hole, or other damage that affects structural integrity? No

Is any part of this property rented or occupied in conjunction with or as Assisted Living Facilities, group housing, any social service agency, ministry, charity, or any occupancy other than residential rental? No

Does risk have any Student, Senior, or Subsidized housing representing more than 15% of the total units on this policy or at any single location? No

Is any location owned or occupied by a fraternity or sorority? No

Is the risk a time share, short term rental, vacation rental, boarding house, or rooming house? No

Does this policy cover more than 25 dwellings total? No

Are any properties listed on airbnb, VRBO, or similar online rental services? No

Is the 3 year loss ratio over 50%? No

During this policy term will the property undergo renovation, update, remodel or structural repair? No

Is the risk a short term or vacation rental? No

Are any units mobile homes, park models, or manufactured housing? No

Are more than 10% of the total dwelling units vacant? No

In the last 3 years has the risk had 2 or more losses of any size or any claim in excess of $10,000? No

Is any portion of any location occupied by the insured or the insured's immediate family? No

Does the agent have an insurable interest in this risk? No

MH0404



**Schedule of Lloyd's Underwriters is as follows:**

| Property % | General Liability % | Flood % | Contract # | Syndicate # | Syndicate % |
|---|---|---|---|---|---|
|  | 100.00% |  | RLI Insurance Company |  |  |
|  | **100.00%** |  |  |  |  |

**Policy #**  GGL0026067
**Insured**  Beach Cruiser, LLC, 40 Ounce Highway, LLC
**Effective**  8/31/2021

**MH0405**