## Binder Request

| | |
|---|---|
| **Account Executive:** | Gray Collier |
| **Fax:** | (954) 316-3113 |
| **Email:** | gcollier@bassuw.com |
| **Agency:** | USI Insurance Services, LLC |
| **INSURED:** | Beach Cruiser, LLC, 40 Ounce Highway, LLC |
| **Quote #:** | CLP2280500 |
| **Submission:** | 3127821 |
| **Renewal #:** | GGL0019322 |
| **Insurer:** | Mt. Hawley Insurance Company |
| **Coverage:** | Commercial - Liability |

**PLEASE BIND EFFECTIVE:** 8/31/21

**TOTAL PREMIUM, FEES & TAXES:** _____

**TRIA: ( ) Accepted ( ) Declined**

**Agent Contact:** _____

**Contact Phone:** _____

**Inspection Contact:** _____ Inspection

**Phone:** _____

**Producer License:**
**Name** _____ **License #** _____

**Authorized Signature:** _____

*By signing the above, agent acknowledges collection of all related fees and costs.

Coverage cannot be backdated or assumed to be bound without written confirmation from an authorized representative of Bass Underwriters.

**ATTACHMENTS:**

Signed Completed ACORD applications (upon Binding)
Signed TRIA Rejection
3 years hard copy loss runs on accounts exceeding $5,000 in total premium (if requested)
No known loss box must be checked on account under $5,000
Any required class specific supplementals
Favorable Inspection and compliance with any/all recommendations
Written Confirmation SOV on file is accurate if applicable
Collection of all required funds prior to requesting the policy be bound.

MH0025