

# RENTAL DWELLINGS

## *Eligibility*

RLI is a market for the owners of one to four-unit dwellings rented to others as investment/income property not to exceed 25 per policy unless referred for exception. We are not a market for dwellings occupied by any insured or their immediate families. We are not a market for large schedules of rental properties or risks that purchase dwellings to update and sell ("flippers").  Refer to the Water Exposure guidelines for specific requirements for pools and other water exposures.

Dwellings rented or occupied in conjunction with or as Assisted Living Facilities, halfway houses, any social service agency, ministry, charity, hospital, military or any operation other than commercial residential rental are **prohibited**. Refer any exceptions.

Short term rentals (less than 12 months) and vacation rentals should be referred.

Single Condo units rented out as dwellings are to be classified as 63010 Dwellings – one family. If the insured owns more than 10 units in a single association, rate as Apartment and follow the Apartment Target Class guideline.

## *Classifications*

| Class Code | Class Description |
|---|---|
| 63010 | Dwellings – one-family (lessor's risk only) |
| 63011 | Dwellings – two-family (lessor's risk only) |
| 63012 | Dwellings – three-family (lessor's risk only) |
| 63013 | Dwellings – four-family (lessor's risk only) |

## *Applications and Inspections*

ACORD Application and Rental Dwelling Supplemental Application. If the risk has a pool, spa, or other water feature the Water Hazards Supplemental Application is also required.

Inspections are required on all new business and every third renewal if property TIV is $150,000 or more or if more than 5 units are scheduled. When selecting one or two locations for inspection from a schedule choose the oldest and/or the highest valued properties.

V. 11.01.2020

**MH0061**



## *Underwriting Requirements*

| |
|---|
| All subcontracted work must be done under written contract that includes indemnity and hold harmless in favor of our Insured. Subcontractors must provide certificates of insurance indicating limits equal or greater than our policy and AI status for our insured. |
| Assault and Battery - see detailed guidelines below. |
| Good maintenance with documentation. |
| Inspections should confirm good housekeeping (no debris or junk piles outside) and that all outdoor walkways and parking areas are in good condition. |
| Pools, spas, and other water exposures must meet the criteria under our Water Exposures Target Class guideline. |
| Security Bars on windows must have emergency breakaway releases on the inside of the window. |
| Snow and Ice removal should be done by a qualified subcontractor under written contract that includes indemnity and hold harmless in favor of our Insured. Subcontractor must provide certificates of insurance indicating limits equal or greater than our policy and AI status for our insured |
| Warrant operational carbon monoxide detectors in each unit where required by code/ordinance. |
| Warrant operational smoke detection devices in each unit. |

## *Assault & Battery Coverage:*

Assault & Battery coverage may be offered under the following conditions:
- Crime Scores under 65 – OK to remain silent
- Crime Scores 65-80 – Sublimit
- Crime Scores over 80 – exclude A&B.

In addition, exclude A&B for the following:
1. Subsidized units, Student housing, and Senior housing,
2. Risks that provide their own security (employed or under contract),
3. Risks that have prior Assault & Battery losses.

*Note: Excluding Assault and Battery will automatically trigger the Firearms Exclusion.*
Refer any exceptions to the above.

V. 11.01.2020



| SUBMIT |
|---|
| Buildings over 80 years old |
| Condo rentals above the 6th floor |
| Crime Scores above 80 unless Assault & Battery and Firearms are excluded |
| More than 10% of policy unit count is vacant |
| Previous mold or water damage claims (must show evidence of complete remediation to be considered for coverage.) |
| Property under renovation, update, remodel or repair |
| Short term or vacation rentals |
| Sinkhole or other claim activity that effects structural integrity |
| Student housing |
| Risks with over 25 dwellings per policy |

| INELIGIBLE |
|---|
| Airbnb, VRBO, and similar online rental operations |
| Assisted living, nursing, or convalescent homes/facilities whether or not operated by the insured. |
| Home Health Care Services |
| Dwellings occupied by the insured or the insured's immediate family. |
| Dwellings that are rented in conjunction with any social service agency (low income housing, halfway houses, ministries, group homes, etc.) |
| "Flippers" defined as purchasing property to update/renovate and sell |
| Fraternities or sororities as tenants/occupants |
| Governmental housing projects |
| Mobile Homes and park models |
| More than 15% of policy unit count is subsidized housing |
| More than 25% of the policy unit count is vacant. |
| Risks with property managers as the named insured (Additional Insured status is acceptable) |
| Swimming pools with diving boards, or that do not meet the program guideline for Water Exposures. |
| Time Share |
| Units occupied by the insured or the insured's immediate family (all lines) |

V. 11.01.2020

**MH0063**



## Rating

*General Liability and Property*
Rate per RLI Online.
Minimum Property Deductible: $1,000

*Additional Exposures, Class Codes and Charges:*

| Exposure | Class Code | Flat Charge at limits; not subject to credits |
|---|---|---|
| Boat Docks/Slips/Ramps | 10105 | $50 each |
| Playground Equipment | 46671 | $100 each |
| Swimming Pool/Hot Tubs | 48925 | $500 each |

## Forms and Endorsements

| MANDATORY FORMs | FORM DESCRIPTION |
|---|---|
| CG 21 39 | Contractual Liability Limitation |
| CG 21 44 | Limitation of Coverage to Designated Premises or Project |
| RGBG 618 | Habitability Exclusion (CA only) |
| RGBG 629 | Exclusion – Animals/Reptiles |
| RGBG 753 | Exclusion – Assault and Battery |
| RGBG 656 | Limited Assault and Battery Coverage (Sublimited coverage) |
| RGBG 628 | Exclusion – Firearms (must be used if A&B sublimit is added) |
| RGBG 694 | Exclusion – Firearms (must be used if A&B is excluded) |
| RGBP 608 | Protective Safeguard Endorsement – warrant "Operational smoke detectors for each unit that are maintained semi-annually." Also warrant carbon dioxide detectors where required by law or ordinance. |

The above endorsements are standard, but are not all inclusive.  Evaluation of the risk may require additional endorsements.

V. 11.01.2020

**MH0064**