August 25, 2022

General Liability and Property Insurance Marketplace

Subject:        Beach Cruiser LLC, 40 Ounce Highway LLC
                Century Surety , Mt. Hawley

Quote Numbers: CLP2527679, CLP2528406

To Whom It May Concern:

This will confirm that as of August 25, 2022 we have appointed Legacy Risk Solutions and Bass Underwriters as our exclusive Agent and Broker with respect to our respect to our upcoming general liability and property insurance placement effective August 31, 2022.

The appointment of Legacy Risk Solutions and Bass Underwriters rescinds ALL previous appointments and the authority contained herein shall remain in full force until canceled in writing.

We understand, however, that Legacy Risk Solutions and Bass Underwriters have no responsibility for any deficiencies in the insurance to which this letter applies. **Bass Underwriters will not be held responsible for any outstanding, uncollectible or return premiums for insurance policies, which incepted prior to the effective date of this letter of authorization.** We acknowledge that Legacy Risk Solutions and Bass Underwriters will not be responsible for any return commissions due in the event such policies are terminated prior to their expiration.

Please waive any waiting period for a rescinding Broker of Record Letter.

This letter also constitutes your authority to furnish Legacy Risk Solutions and Bass Underwriters with all information they may request as it pertains to our property insurance program, including schedules of locations, loss history and policies.

Sincerely,


Donald Stone (Aug 26, 2022 06:57 EDT)