**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEACH CRUISER, LLC and FLYWAY MANAGEMENT, LLC,<br><br>*Defendants,*<br><br>and<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>*Intervenor Defendant.* | Case No: 1:22-cv-10354-GHW<br><br><br>**(AMENDED) AFFIRMATION OF RENIER P. PIERANTONI, ESQ. IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, RENIER P. PIERANTONI, affirm the following facts under penalty of perjury:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Affirmation. The evidence set out in this Affirmation is based on my personal knowledge and review of the documents discussed herein.

2. I am an attorney duly admitted to practice law before the Courts of the State of New York, and the United States District Court for the Southern District of New York. I am a Partner at the law firm of Cooper, LLP, counsel for Defendants Beach Crusier, LLC and Flyway Management, LLC (together, Defendants") in the above captioned action. I make this declaration in support of Defendants' Cross-Motion For Summary Judgment And Opposition To Plaintiff's Motion For Summary Judgment.

1

3. Annexed hereto as Exhibit ("Ex") A is a true and correct copy of the February 2, 2024 Deposition of Gray Collins pursuant to FRCP Rule 30(B)(6) on behalf of Bass Underwriters, Inc.

4. Annexed hereto as Ex. B is a true and correct copy of the December 13, 2023 Deposition of Kevin Brownell pursuant to FRCP Rule 30(B)(6) on behalf of Mt. Hawley.

5. Annexed as Ex. C is a true and correct copy of Mt. Hawley's underwriting application.

I affirm, under penalty of perjury, that the foregoing statements made by me are true and correct.

Dated:   July 8, 2024

COOPER, LLC – COUNSELORS AT LAW

/s/Renier P. Pierantoni
Renier P. Pierantoni (RP9540)
1345 Avenue of the Americas - Second Floor
New York, New York 10105
Tel: 212.878.3636
Email: renier@cooperllc.com

*Attorneys for Defendants Beach Cruiser, LLC and Flyway Management, LLC*