# EXHIBIT C



Mt. Hawley Insurance Company
Peoria, IL 61615

# RENTAL DWELLING SUPPLEMENTAL APPLICATION

**Please provide this information for all locations. Attach additional copies if needed.**
(Include Acord applications)

***SWIMMING POOL INFORMATION***: *If any type of water hazard (pool, spa, pond, lake, reservoir, river, etc.) exists on the property, complete the Water Hazards Supplemental Application.*

| APPLICANT INFORMATION | | | | | |
|---|---|---|---|---|---|
| 1. | Applicant Name: | | | | |
| 2. | Mailing address: | City: | | State: | Zip: |
| 3. | Rental location address(es): | | | | |
| | Loc. # | Street Address | City | State | Zip |
| | | | | | |
| | | | | | |
| | | | | | |
| | *(Attach supplemental dwelling location schedule if necessary)* | | | | |

| LOCATION INFORMATION | | | |
|---|---|---|---|
| **For each location check all that apply:** | **Loc. 1** | **Loc. 2** | **Loc. 3** |
| On prospective tenants:                          Credit checks | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Background checks | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Reference checks | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Occupied by the insured or immediate family members | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| **Occupancy type:** | | | |
| Single family residence | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Duplex | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 3 Unit | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 4 Unit | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Any of the following: assisted living, alcohol/drug treatment, continuing care, halfway house, hostel, mental health facility, mission, nursing home, senior housing, shelter | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Airbnb or similar | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Boarding or rooming | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Seasonal | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Student housing | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Subsidized | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Number of years owned | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Number of stories | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Number of units rented                                    Daily: | | | |
| Weekly: | | | |
| Monthly: | | | |

| | | | |
|---|---|---|---|
| No. bedrooms/monthly rent | | | |
| Number of vacant units | | | |
| Number of annual lease only | | | |
| Turnover rate annually | % | % | % |
| Are residents allowed to have pets? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are there fences and/or gates surrounding the property? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are sliding glass doors equipped with additional locks? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are there StabLok/Federal Pacific, or Zinsco panels? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Any major renovation plans? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are any buildings listed on a Register of Historical Places (National, state or local) | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Confirm that lease/rental agreement makes no warranties regarding security and that leasing agents/employees are instructed to advise all potential and current tenants to dial 9-1-1 | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Do entry doors have peepholes and keyless deadbolts? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Do windows/doors have security bars? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
|    If "Yes," are all equipped with quick releases? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Have there been any previous incidents of physical or sexual assault? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are space heaters utilized or are tenants permitted to have space heaters? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are wood/pellet burning stoves in any unit(s) | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are heat/smoke detectors in each unit? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Are heat/smoke detectors: | Hard wired ☐<br>Battery ☐<br>Both ☐ | Hard wired ☐<br>Battery ☐<br>Both ☐ | Hard wired ☐<br>Battery ☐<br>Both ☐ |
| How often are detectors tested? | | | |
| How often are batteries replaced? | | | |
| Are carbon monoxide detectors in each unit? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Aluminum wiring (whether or not pigtailed)? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Is property currently compliant with all local/state housing codes? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Has the property been cited for building code violations in the past 10 years? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
|    If "Yes," how were the violations addressed? | | | |
| **If any of the following exist at covered locations indicate how many:** | | | |
| Boat docks/slips/ramps | | | |
| Playgrounds | | | |
| Pool/hot tub/spa | | | |
| Sauna | | | |

| SUB-CONTRACTORS | | |
|---|---|---|
| Describe all services hired out to subcontractors, including but not limited to lawn care, maintenance, janitorial or maid service, etc.: | | |
| Are all services provided under written contract? | ☐ Yes | ☐ No |
| Work order? | ☐ Yes | ☐ No |
| Do you require certificates of insurance from all service providers? | ☐ Yes | ☐ No |
| What limits of insurance do you require? | | |
| Do your service providers name you as additional insured on their policies? | ☐ Yes | ☐ No |

| | | |
|---|---|---|
| Are you or your company aware of any facts, circumstances, incidents, or accidents (including but not limited to faulty or defective workmanship, product failure, construction dispute, breach of contract, property damage or worker injury) that a reasonably prudent person might expect to give rise to a claim or lawsuit, whether valid or not, which might directly or indirectly involve the company? If "Yes," please attach a detailed explanation. | ☐ Yes | ☐ No |

## FRAUD WARNINGS

Warning – Any person who knowingly, and with intent to defraud any insurance company or other person, files an application for insurance containing any false information, or conceals for purposes or misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**AL, AR, DC, LA, MD, RI, WV –** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines, or confinement in prison, or any combination thereof.

**CO –** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**FL, OK –** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. (FL only)

**KY, PA –** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**ME, TN, VA, WA –** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may (ME only) include imprisonment, fines or a denial of insurance benefits.

**NJ, NM –** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NY –** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**OH –** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a false claim containing a false or deceptive statement is guilty of insurance fraud.

**OR –** Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material facts may be violating state law.

**UT –** Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.

## SIGNATURE

The undersigned applicant warrants that the above statements and particulars together with any attached or appended documents are true and complete and do not misrepresent, misstate or omit any material facts.

The applicant agrees to notify us of any material changes in the answers to the questions on this application which may arise prior to the effective date of any policy issued pursuant to this application and the applicant understands that any outstanding quotations may be modified or withdrawn based upon such changes at our sole discretion.

Notwithstanding any of the foregoing, the applicant understands that we are not obligated or under any duty to issue a policy of insurance based upon this information. The applicant further understands that, if a policy of insurance is issued, this application will be incorporated into and form a part of such policy.

_____    _____
Signature of Applicant                     Printed Name of Applicant

_____    _____
Title (Officer, Partner, etc.)             Date Signed

SIGNING THIS APPLICATION DOES NOT BIND THE APPLICANT OR
THE INSURER TO PRODUCE INSURANCE.