USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                     :
MT. HAWLEY INSURANCE COMPANY,     :
                                                     :
                              Plaintiff,              :         1:22-cv-10354-GHW
                                                         :
               -against-                  :         <u>ORDER</u>
                                                      :
BEACH CRUISER, LLC, *et al.,*              :
                                                      :
                              Defendants.    :
                                                      :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On March 6, 2025, the Court issued an order granting Plaintiff Mt. Hawley Insurance Company's motion for summary judgment, Dkt. No. 73, denying Defendants Beach Cruiser, LLC and Flyway Management, LLC's joint motion for summary judgment, Dkt. No. 81, and denying Intervenor Defendant Nationwide General Insurance Company's motion for summary judgment, Dkt. No. 77. The Court's order resolved each of the parties' claims and counterclaims in this matter except for Plaintiff's third cause of action for reimbursement of certain defense costs incurred on Defendants' behalf. *See* Dkt. No. 6 ¶¶ 42–45; Dkt. No. 76 at 7 ("Mt. Hawley is not including [its third] cause of action in its motion for summary judgment.").

      The Court will hold a conference on March 14, 2025 at 4:00 p.m. to schedule a trial of the remaining claim in this matter. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

      SO ORDERED.

Dated: March 6, 2025　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　  GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　  United States District Judge