USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/25

**Riker Danzig LLP**
ATTORNEYS AT LAW

**MEMORANDUM ENDORSED**

Jeffrey A. Beer Jr.
Partner

Direct:
t: 973.451.8429
f: 973.538.1984
jbeer@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

March 13, 2025

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
New York, New York 10007

Re: **Mt. Hawley Ins. Co. v. Beach Cruiser, LLC, et al.**
Civ. Action No. 1:22-cv-10354-GHW

Dear Judge Woods:

We represent Intervenor Defendant Nationwide General Insurance Company ("Nationwide") in this matter. On March 6, 2025, the Court issued its decision on the parties' competing motions for summary judgment as well as a companion Order scheduling a telephonic conference on March 14, 2025 at 4:00 p.m. to schedule a trial of the remaining issues not addressed by the parties' motions. ECF Nos. 100, 101. Per the orders, the remaining issues concern plaintiff Mt. Hawley Insurance Company's ("Mt. Hawley") cause of action for reimbursement of certain defense costs expended on behalf of Beach Cruiser, LLC and Flyway Property Management, LLC ("Defendants").

We write jointly with counsel for Mt. Hawley and Defendants to request that the pre-trial conference be adjourned to Monday April 7, 2025, or as soon thereafter as is convenient for the Court. Since the Court's March 6, 2025 decision, the parties have engaged concerning the remaining claims, and the possibility of resolving them without a trial. Further, we are informed that counsel for Defendants has a previously scheduled vacation beginning next week until April 6, 2025. Accordingly, the parties request a brief adjournment of the scheduled pre-trial conference so as to permit the parties time to confer on the remaining issues and potentially obviate the need for a trial.

This is the parties' first request for an adjournment of the aforementioned conference.

Respectfully submitted,

/s/ Jeffrey A. Beer Jr.
Jeffrey A. Beer Jr.

cc:   All counsel of record (via ECF)

4900-1329-2840, v. 1

---

Application granted. The parties' request for an adjournment of the conference scheduled for March 14, 2025, Dkt. No. 102, is granted. The conference scheduled for March 14, 2025 is adjourned to April 8, 2025 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 102.

SO ORDERED.

Dated: March 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge