```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  7/15/2025               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                  :

MT. HAWLEY INSURANCE COMPANY,     :

                                           :

                           Plaintiff,     :        1:22-cv-10354-GHW

                                              :

                      -against-          :        ORDER

                                              :

BEACH CRUISER, LLC, *et al.,*         :

                                           :

                      Defendants.    :

                                           :

------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On April 8, 2025, the Court issued an order setting various deadlines for the parties to submit the required pretrial materials in advance of the final pretrial conference scheduled to take place on September 4, 2025 and the trial scheduled to begin on September 29, 2025.  Dkt. No. 104. The first of those deadlines was yesterday, July 14, 2025.  *Id.* at 1.  The parties have not submitted any pretrial materials.  The parties are directed to comply with the Court's April 8, 2025 deadline forthwith, and in no event later than July 17, 2025.

        SO ORDERED.

Dated:  July 15, 2025
    New York, New York                    _____
                                          GREGORY H. WOODS
                                    United States District Judge