```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                                       :

MT. HAWLEY INSURANCE COMPANY,     :

                                        Plaintiff,     :        1:22-cv-10354-GHW

                                  -against-              :        <u>ORDER</u>

BEACH CRUISER, LLC, *et al.*,     :

                                      Defendants.    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The conference scheduled for July 17, 2025 regarding the parties' proposed consent judgment, Dkt. No. 106, will now be held on Monday, July 21, 2025 at 2:00 p.m. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: July 17, 2025
New York, New York

                                                      GREGORY H. WOODS
                                                United States District Judge