UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2025
```

------------------------------------------------------------------- X
                               :

MT. HAWLEY INSURANCE COMPANY,        :
                               :

                   Plaintiff,    :       1:22-cv-10354-GHW
                               :

       -against-              :       <u>ORDER</u>
                               :

BEACH CRUISER, LLC, *et al.*,          :
                               :

                  Defendants.   :
                               :

------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       For the reasons stated on the record during the July 21, 2025 conference, the Court will not

enter the proposed consent judgment submitted at Dkt. No. 106-1.  Moreover, the deadlines set

forth in the Court's April 8, 2025 and July 15, 2025 orders for the submission of pretrial materials

and the commencement of a trial in this matter are adjourned *sine die*.  The parties are ordered to

submit a joint letter no later than August 4, 2025 updating the Court on the status of their settlement

discussions if no stipulation and proposed order dismissing Plaintiff's remaining claim with prejudice

has been filed by that date.

       SO ORDERED.

Dated:  July 21, 2025
New York, New York              _____
                                 GREGORY H. WOODS
                            United States District Judge