```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
MT. HAWLEY INSURANCE COMPANY,                                        :
                                                                     :
                              Plaintiff,                             :    1:22-cv-10354-GHW
                                                                     :
              -against-                                              :    ORDER
                                                                     :
BEACH CRUISER, LLC, et al.,                                          :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025

GREGORY H. WOODS, District Judge:

On September 11, 2023, the parties stipulated to the dismissal of Plaintiff Mt. Hawley Insurance Company's First Cause of Action for declaratory judgment with prejudice pursuant to Rule 41(a)(1)(A)(ii).  Dkt. No. 56.

On March 6, 2025, the Court issued an order granting Plaintiff's motion for summary judgment, Dkt. No. 73, denying Defendants Beach Cruiser, LLC and Flyway Management, LLC's joint motion for summary judgment, Dkt. No. 81, and denying Intervenor Defendant Nationwide General Insurance Company's motion for summary judgment, Dkt. No. 77.  The Court's order resolved each of the parties' claims and counterclaims in this matter except for Plaintiff's Third Cause of Action for reimbursement of certain defense costs incurred on Defendants' behalf.  *See* Dkt. No. 6 ¶¶ 42–45; Dkt. No. 76 at 7 ("Mt. Hawley is not including [its third] cause of action in its motion for summary judgment.").

On August 15, 2025, the parties filed a stipulation of voluntary dismissal, dismissing Plaintiff's remaining claim, its Third Cause of Action, with prejudice pursuant to Rule 41(a)(1)(A)(ii).  Dkt. No. 112.  That stipulation resolved all remaining claims in this matter.

1

2

Accordingly, the Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants Beach Cruiser LLC and Flyway Management LLC on Plaintiff's Second Cause of Action and to enter judgment in favor of Plaintiff and against Defendants Beach Cruiser LLC and Flyway Management LLC on their counterclaims, Dkt. No. 50 at 10, 11. The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated: August 26, 2025

_____
GREGORY H. WOODS
United States District Judge