**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                   Plaintiff,

    -against-                                    22 **CIVIL** 10354 (GHW)

                                                        <u>**JUDGMENT**</u>

BEACH CRUISER, LLC, et al.,

                   Defendants.
----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2025, judgment is entered in favor of Plaintiff and against Defendants Beach Cruiser LLC and Flyway Management LLC on Plaintiff's Second Cause of Action and judgment is entered in favor of Plaintiff and against Defendants Beach Cruiser LLC and Flyway Management LLC on their counterclaims, Dkt. No. 50 at 10, 11; accordingly, the case is closed.

**Dated:** New York, New York

       August 27, 2025

                                     **TAMMI M. HELLWIG**
                               _____
                                      **Clerk of Court**

                      **BY:**        *K. Mango*

                                     _____
                                      **Deputy Clerk**